# MINUTE ORDER

Page 1

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**  Date: 11/25/25   Time: 1:30 p.m.

Defendant: Sheila Cherfilus-McCormick   J#: 26679-512   Case #: 25-CR-20500-GAYLES/SHAW-WILDER

AUSA: Alejandra Lopez   Attorney: Anita Margot Moss of MARKUS/MOSS PLLC (TEMP)

Violation: Consp to Commit Theft of Govt Funds. Theft of Govt Funds. Consp to Commit Money Laundering. Money Laundering. Consp to Make and Receive Straw Donor Contributions. Making and Receiving Straw Donor Contributions. Consp to Make a False and Fraudulent Statement on Tax Return. Aiding and Assisting a False and Fraudulent Statement on a Tax Return.

Surr/Arrest Date: 11/25/25   YOB: 1979

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at:   Co-signed by:

- [x] Surrender **Personal** and/or do not obtain **passports**/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: **SD-FL /Dist of Columbia /Dist of MD/ ED-VA**
- [ ] Other:

Language: English

**Disposition:**
NOA (TEMP) Filed by: Anita Margot Moss, David Oscar Markus, Lauren Field Krasnoff, Melissa Madrigal.

Defendant advise of rights and charges. Counsel for Defendant present before court.

Parties **STIP** to $25K PSB and $35K 5%.

**No hearing Held.**

*Pretrial Supervision NOT imposed.*

*Defendant released.*

*BRADY ORDER NOT GIVEN*

Time from today to __**12/29/25**__ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | **12/29/25** | **1:00PM** | **DUTY** | **MIAMI DUTY** |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | **12/29/25** | **1:00PM** | **DUTY** | **MIAMI DUTY** |
| Status Conference RE: | | | | |

D.A.R. **13:36:11**   Time in Court: **12 mins**

s/Enjolique A. Lett   Magistrate Judge