# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor          Date: 12/29/25     Time: 1:00 p.m.

Defendant: Sheila Cherfilus-McCormick      J#: (B)          Case #: 25-20500-CR-GAYLES

AUSA: Yeney Hernandez                      Attorney: David O. Markus - Temp

Violation: CONSP/COMMIT/THEFT OF GOVT FUNDS; CONSP/MONEY LAUDERING

Proceeding: REPORT RE: CNSL & ARRAIGNMENT          CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond:

Bond Set at: $35,000 5%; $25,000 PSB(stip)          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
Brady Order NOT given; Anita Moss, David O. Markus & Lauren Krasnoff appeared as temp cnsl
Deft's ore tenus motion to continue is GRANTED

Time from today to 1/20/26 excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:        Place:

Report RE Counsel: 1/20/26
PTD/Bond Hearing:                    10:00     Duty       Miami
Prelim/(Arraign) or Removal: 1/20/26
Status Conference RE:

D.A.R. 13:08:40          Time in Court: 4 minutes