UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20500-GAYLES/SHAW-WILDER

UNITED STATES OF AMERICA,

vs.

SHEILA CHERFILUS-MCCORMICK,
EDWIN CHERFILUS,
NADEGE LEBLANC, and
DAVID KOFI SPENCER,

         **Defendants.**
_____/

## UNITED STATES' FIRST SPEEDY TRIAL REPORT

The United States hereby files this Speedy Trial Report pursuant to Local Rule 88.5 regarding the status of this case under the Speedy Trial Act of 1984, 18 U.S.C. § 3161 et seq. The United States submits that as of this writing, post-indictment, 0 non-excludable days have elapsed pursuant to the Speedy Trial Act. The calculations contained herein are based on the date on which the defendant was indicted, which occurred on November 19, 2025.

| | |
|---|---|
| Date of Indictment | November 19, 2025 |

Date of the defendants' arraignment on the indictment:

| | |
|---|---|
| Sheila Cherfilus-McCormick……………………………… | N/A (scheduled for January 20, 2026 (DE 48))[1] |
| Edwin Cherfilus………………………………………… | December 5, 2025 |
| Nadege LeBlanc………………………………………… | December 5, 2025 |
| David Kofi Spencer…………………………………….. | November 19, 2025 |

---

[1] *See* footnote 2, *infra*.

| | |
|---|---|
| Total number of days elapsed as of the date of this report: | 0 |
| Number of days excluded from computation as a result of pre-trial motions: | 0 |
| Number of days excluded from computation as of November 19, 2025, as a result of a joined co-defendant for whom the time for trial has not run: | 47[2] |
| Number of days excluded from computation as a result of agreement/statute: | 0 |
| Total number of days excluded from speedy trial computation: | 47 |
| Non-excludable speedy trial days elapsed as of the date of this Report: | 0 |
| Last date upon which the defendants can be tried: | March 31, 2026[3] |

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:   /s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Florida Bar No. 37132
99 N. E. 4th Street, 5th Floor
Miami, Florida    33132-2111
Telephone: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

---

[2] At Sheila Cherfilus-McCormick's initial appearance on November 22, 2025, and at a status conference re: counsel on December 29, 2025, the Magistrate Court found that any speedy trial time that may have elapsed from November 19, 2025, through January 20, 2026, was excluded from computation of the speedy trial period in the interests of justice.

[3] As indicated above, defendant Sheila Cherfilus-McCormick has not been arraigned and has not entered a plea. Her arraignment is currently scheduled for January 20, 2026. The period of delay is therefore excluded as to all defendants until Cherfilus-McCormick enters a plea. *See* 18 U.S.C. § 3161(c)(1) & (h)(6). Therefore, this date is an estimated date assuming Cherfilus-McCormick is arraigned on January 20, 2026.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and counsel for the Defendants via CM/ECF.

/s/ *Alejandra L. López*
Alejandra López
Assistant United States Attorney
