UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>25-CR-20500-GAYLES/SHAW-WILDER-1</u>

**UNITED STATES OF AMERICA**

v.

**SHEILA CHERFILUS-MCCORMICK,**

    **Defendant.**
_____/

**PROTECTIVE ORDER AUTHORIZING AND REGULATING
DISCLOSURE OF TAX INFORMATION AND OTHER SENSITIVE
<u>INFORMATION IN DISCOVERY</u>**

The United States, having filed an unopposed motion for a protective order authorizing and regulating disclosure of tax information and other sensitive information, and this Court having been advised of the applicability of 26 U.S.C. § 6103 and other provisions to the above captioned matter and finding good cause:

**IT IS HEREBY ORDERED** that the United States is authorized to disclose the Sensitive Information described in the motion, including information obtained pursuant to 26 U.S.C. § 6103, in its possession that the United States believes necessary to comply with the discovery obligations imposed by this Court;

**IT IS FURTHER ORDERED** that the United States shall mark that portion of the discovery that includes Sensitive Information as "Confidential;"

**IT IS FURTHER ORDERED** that counsel of record for the defendants in this proceeding shall hold the Confidential portion of the discovery in strict confidence. Therefore, defense counsel shall restrict access to the discovery marked as Confidential to their client, staff, investigators, and witnesses

only to the extent defense counsel believes is necessary to assist in the defense of this matter and in a manner that will prohibit the disclosure of this discovery to others not involved in the defense;

**IT IS FURTHER ORDERED** that counsel of record for the defendants shall advise any person to whom the Confidential portion of the discovery is disclosed that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

**IT IS FURTHER ORDERED** that counsel of record for the defendants agree that, upon conclusion of the above captioned case,[1] copies of the Confidential portion of the discovery disclosed to defense counsel pursuant to the terms of this Order shall be destroyed or returned to the government.

**DONE AND ORDERED** at Miami, Florida, this __ day of January 2026.

_____
**HONORABLE DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:   Alejandra L. López, AUSA
      William Barzee, Esq.
      Ivliss Mantilla, Esq.

---

[1] This shall mean the period at the conclusion of any appellate and Section 2255 proceedings; if any, or upon expiration of the deadline for filing appellate or Section 2255 proceedings.