UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **25-CR-20500-GAYLES/SHAW-WILDER-1**

UNITED STATES OF AMERICA

v.

SHEILA CHERFILUS-MCCORMICK,

    **Defendant.**
_____/

**GOVERNMENT'S FIRST RESPONSE TO
THE STANDING DISCOVERY ORDER**

    The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.    1.    The government is unaware of any written or recorded statements made by defendants Sheila Cherfilus-McCormick, Edwin Cherfilus, or Nadege Leblanc.

           Enclosed, please find copies of audio recordings of voicemails by defendant David K. Spencer (Bates stamp DOJ-0001203474).

       2.    Attached is the portion of the written record containing the substance of any oral statement made by all defendants before or after arrest in response to interrogation by any person then known to the defendant to be a government agent.
- Please refer to reports of interviews conducted by the FBI (Bates stamp DOJ-00000415697 through DOJ-0000529713) and the IRS (Bates stamp DOJ-0000899796 through DOJ-0000899894).

           Although the following statements were not made in response to interrogation by any person then known to the defendant to be a government agent, the government is disclosing them voluntarily:
- Please refer to reports of interviews conducted by the FBI (Bates stamp DOJ-00000415697 through DOJ-0000529713).

    3.      No defendant testified before the Grand Jury.

    4.      The defendants' prior criminal record, if any exists, will be made available upon receipt by this office.

    5.      Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the Government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendants, may be inspected at a mutually convenient time at FBI Miami Division.

             Please call the undersigned to set up a date and time that is convenient to both parties. Please call the undersigned with at least two (2) weeks' notice to schedule.

             The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

    6.      There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B.      DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.      The Government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.      The Government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E.      The Government will disclose any prior convictions of any alleged co-conspirator, accomplice, witness, or informant who will testify for the Government at trial.

  F.  No defendant was identified in a lineup, show up, photo array or similar identification proceedings.

  G.  The Government has advised its agents and officers involved in this case to preserve all rough notes.

  H.  The Government will timely advise the defendants of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

    You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably intertwined doctrine).

  I.  The defendants are not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518.

  J.  The Government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the Government at the trial of this cause.

  K.  No narcotic contraband is involved in this indictment.

  L.  The Government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

  M.  The Government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

  N.  The Government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.

  The Government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

      The attachments to this response are numbered pages DOJ-0000000001 through DOJ-0001203477.  Please contact the undersigned Assistant United States Attorney if any pages or items are missing.

                                    Respectfully submitted,

                                    JASON A. REDING QUIÑONES
                                  UNITED STATES ATTORNEY

             By:   *Alejandra L. López*
                    ALEJANDRA L. LÓPEZ
                    Assistant United States Attorney
                    Florida Bar No. 37132
                    99 Northeast 4th Street
                    Miami, Florida 33132-2111
                    Tel: (305) 961- 9241
                    Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

*Alejandra L. López*
ALEJANDRA L. LÓPEZ
Assistant United States Attorney

## SERVICE LIST
United States v. Cherfilus-McCormick, et. al.
Case No. **25-CR-20500-DPG**
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Defendant:<br>Sheila Cherfilus-McCormick | William Barzee, Esquire and Ivlis Mantilla, Esquire<br>**via Notice of Electronic Filing generated by CM/ECF and US mail** |