UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  25-20500-CR-GAYLES

UNITED STATES OF AMERICA,

 Plaintiff,

v.

SHEILA CHERFILUS-MCCORMICK,
**EDWIN CHERFILUS**,
NADEGE LEBLANC,
DAVID KOFU SPENCER,

 Defendant.

_____/

## JOINT MOTION TO CONTINUE TRIAL
## AND ASSOCIATED PRETRIAL DEADLINES

Edwin Cherfilus, through undersigned counsel, respectfully files this joint motion, together with all parties in the case, for a continuance of trial in this case until early February of 2027, with a corresponding extension of pretrial deadlines. He is joined in this motion by the Government and by his co-defendants, Congresswoman Sheila Cherfilus-McCormick (represented by William Barzee), Nadege LeBlanc (represented by Marcos Beaton, Jr.), and David Kofi Spencer (represented by Manuel Casabielle). In support of the request for a February 2027 trial setting, he states:

1. This matter arises from a seventeen-count indictment alleging the theft of government funds (counts 1-2), money laundering charges (counts 3-11), charges relating to straw donor contributions (counts 12-13), and false statement-related

charges (counts 14-17). DE 1. Mr. Cherfilus is charged in counts 1 through 11 of the indictment, based on alleged conduct from 2021. *Id.*

2.      Trial was originally scheduled for the two-week period beginning on January 26, 2026, with a calendar call scheduled for 9:30 AM on January 20, 2026. DE 49. In January, undersigned filed a first unopposed motion to continue trial, in which she described the voluminous discovery and requested time so that all parties had an opportunity to secure permanent representation, confer through counsel, and propose a trial date after having had some chance to understand the extent of the discovery. DE 53. It is noted that as of the date of the first continuance, one of the parties, Congresswoman Cherfilus-McCormack, had not yet been arraigned and had not yet retained her current counsel. DE 52.

3.      The Court granted this first unopposed motion and scheduled trial for the two-week period beginning on April 20, 2026, with a calendar call on April 15, 2026. DE 54.

4.      Now that all parties are represented by permanent counsel, and that counsel have had a chance to confer, the parties hereby jointly request that the Court set trial in this matter in early February of 2027. The first discovery production in this case consisted of 1,203,477 records, including written reports, bank and other financial documents, and recordings and communications. The material covers information going back years. Due to the volume of the material, defense counsel are having to spend substantial time and resources to ensure this discovery is properly

2

set up for their review and investigation as the litigation goes forward. They thus require additional time to review the materials in full with their clients.

Further, the Government has advised that a second discovery production is forthcoming in either late May or early June, and that a third production is expected in the months thereafter. The defense understands that the third production will primarily be comprised of materials turned over by an external filter team, and that there is thus some uncertainty at this point as to when these materials will be ready for the Government to produce and the defense to review.

The continuance the parties are requesting is thus intended to account for expected timing uncertainty relating to the production of relevant materials, for the substantial time it will take for the defense to investigate the full volume of the discovery and prepare the case, and for pretrial litigation that may arise pursuant to that review. The February setting is also intended to account for the holiday season.

5. This request is made in good faith and will not cause undue delay.

6. AUSAs Alejandra Lopez and John Taddei have advised that the Government joins in this motion.

7. Attorneys William Barzee, Marcos Beaton, Jr., and Manuel Casabielle have advised, on behalf of their respective clients, that they also join in this motion.

WHEREFORE, Mr. Cherfilus, together with the Government and the other parties named in the indictment, respectfully requests that the Court GRANT his motion, and set the trial in this case for February 2027, with a corresponding extension of associated pretrial deadlines.

                              *        *        *

                    Respectfully Submitted,

                    HECTOR A. DOPICO
                    FEDERAL PUBLIC DEFENDER

                    BY:     s/Srilekha Jayanthi
                    Assistant Federal Public Defender
                    Special  Bar No. A5502728
                    150 W. Flagler Street, Suite 1700
                    Miami, Florida 33130-1556
                    (305) 530-7000/ (305) 536-4559, Fax
                    E-Mail:  srilekha_jayanthi@fd.org


## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 14, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                         s/ Srilekha Jayanthi

4