**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20500-GAYLES/SHAW-WILDER**

**UNITED STATES OF AMERICA,**

**vs.**

**SHEILA CHERFILUS-MCCORMICK,**
**EDWIN CHERFILUS,**
**NADEGE LEBLANC, and**
**DAVID KOFI SPENCER,**

**Defendants.**
**_________________________________/**

## UNITED STATES' SECOND SPEEDY TRIAL REPORT

The United States hereby files this Speedy Trial Report (the "Report") pursuant to Local Rule 88.5 regarding the status of this case under the Speedy Trial Act of 1984, 18 U.S.C. § 3161 *et seq*., and avers as follows:

## SPEEDY TRIAL REPORT

The United States submits that as of this writing, post-indictment, 0 non-excludable days have elapsed pursuant to the Speedy Trial Act.[1] The calculations contained herein are based on the date on which the defendants were indicted, which occurred on November 19, 2025. *See* 18 U.S.C. § 3161(c)(1). This matter is currently scheduled for a trial to commence on February 8, 2027.

---

[1] 21 days elapsed from the date of the Defendant's arraignment, April 22, 2026, until the Court's first Order excluding time under the Speedy Trial Act on May 13, 2026, (ECF No. 75). The Court subsequently extended the time excludable under the Speedy Trial Act through November 2, 2026, in its August 24, 2026 Order (ECF No. 100), granting the Defendant's Unopposed Motion to Continue Trial (ECF No. 99).

Date of Indictment:……………………………………………………November 19, 2025

Date of the defendants' arraignment on the Indictment:

Sheila Cherfilus-McCormick……………………………………February 3, 2026

Edwin Cherfilus…………………………………………….....December 5, 2025

Nadege LeBlanc…………………………………………….....December 5, 2025

David Kofi Spencer………………………………………..November 19, 2025

Total number of days elapsed as of the date of this Report:……………………………...0

Number of days excluded from computation as a result of pre-trial motions:……...........0

Number of days excluded from computation from November 19, 2025,
until the arraignment of the last joined co-defendant for whom the time
for trial had not run:………………………………………………………………………80

Total number of days elapsed as of the date of this Report:……………………………286

Number of days excluded from computation as a result of pre-trial motions:…………….0

Number of days excluded from computation as a result of a continuance,
Court Order, and/or administrative orders, as of the filing of this Report:…………..384

Number of days excluded from computation as a result of statute:……………………….0

Total number of days excluded from speedy trial computation as of the
filing of this Report:……………………………………………………………………..384

Non-excludable speedy trial days elapsed as of the date of this Report:……………………0

Last date upon which the Defendant can be tried:……………………………April 19, 2027

## CONCLUSION

WHEREFORE, the United States now respectfully submits this Speedy Trial Report.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: /s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Florida Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and counsel for the Defendants via CM/ECF.

/s/ *Alejandra L. López*
Alejandra López
Assistant United States Attorney