**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

Plaintiff, **CASE NO: 25-cr-20500-GAYLES**

vs.

NADEGE LEBLANC,

Defendant.
_______________________________/

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

Nadege Leblanc, through undersigned counsel, moves for permission to travel outside the Southern District of Florida to Maryland, by way of Washington, D.C., from November 20, 2026, through November 23, 2026. The government does not object. In support, Ms. Leblanc states:

1. Ms. Leblanc requests permission to travel to Maryland from November 20, 2026, through November 23, 2026, to visit family.

2. If permitted to travel, Ms. Leblanc's itinerary is as follows:

- Departing Florida on November 20, 2026 -- JetBlue Flight B6 1780, from Fort Lauderdale-Hollywood International Airport (FLL) to Ronald Reagan Washington National Airport (DCA).
- Returning to Florida on November 23, 2026 -- JetBlue Flight B6 1779, from DCA to FLL.
- While in Maryland, Ms. Leblanc will stay with family at 981 Sunny Court, Gambrills, Maryland 21054.

3. Ms. Leblanc will send a copy of her itinerary to her supervising Pretrial Services Officer prior to her departure. The Court previously granted Ms. Leblanc permission to travel outside the District in June 2026.

4. Undersigned counsel has conferred with Assistant United States Attorney Alejandra Lopez, who advised that the government does not object to this request.

**WHEREFORE**, the Defendant, Nadege Leblanc, respectfully requests that this Court grant this Unopposed Motion for Permission to Travel and permit her to travel to Maryland, by way of Washington, D.C., from November 20, 2026, through November 23, 2026.

Respectfully submitted,

**Beaton Law Firm, P.A.**
2525 Ponce de León Blvd., Suite 300
Coral Gables, FL 33134
(305) 478-1991

*By: /s/ Marcos Beaton, Jr.*
Marcos Beaton, Jr.
Fla. Bar No. 573787
mbeaton@beatonlawfirm.com