**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20500-GAYLES**

**UNITED STATES OF AMERICA**

**v.**

**SHEILA CHERFILUS-MCCORMICK,**
**EDWIN CHERFILUS,**
**NADEGE LEBLANC, and**
**DAVID KOFI SPENCER**

**Defendants.**
_________________________________/

**CASE NO. 26-CR-20467-WILLIAMS**

**UNITED STATES OF AMERICA,**

**v.**

**MARK GOODRICH**

**Defendant.**
_________________________________/

**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

The United States of America (the "United States"), pursuant to Local Rule 3.8 and the Court's Internal Operating Procedures, Section 2.15.00, hereby notifies the Court of the following related and similar matters currently pending before the Court:

- *United States v. Sheila Cherfilus-McCormick, Edwin Cherfilus, Nadege LeBlanc, and David Kofi Spencer*, 25-CR-20500-GAYLES; and
- *United States v. Mark Goodrich*, 26-CR-20467-WILLIAMS (collectively, the "Related and Similar Cases").

The Related and Similar Cases stem from a string of campaign finance violations and other offenses involving Sheila Cherfilus-McCormick for Congress, Inc. ("SCM for Congress") in 2021 and 2022. To comply with the Court's Internal Operating Procedures, and to conserve judicial resources, the United States requests that *United States v. Mark Goodrich* (26-CR-20467-WILLIAMS) "be transferred to the Judge assigned to the lower-numbered action[,]" in this instance, Hon. Darrin P. Gayles. SDFL Internal Operating Procedures 2.15.00. Mark Goodrich, the defendant in the high-numbered action and a potential witness in the lowered-number action, does not oppose the transfer.

**Background**

On November 20, 2025, a grand jury sitting in the Southern District of Florida indicted Sheila Cherfilus-McCormick (CHERFILUS-MCCORMICK); Edwin Cherfilus (CHERFILUS); Nadege LeBlanc (LEBLANC); and David Kofi Spencer (SPENCER). *United States v. Sheila Cherfilus-McCormick et al.*, 25-20500-CR-GAYLES (S.D. Fla. Nov. 28, 2023) (ECF No. 1) (the "Indictment"). The Indictment alleges that, in 2021 and 2022, CHERFILUS-MCCORMICK and CHERFILUS conspired to steal, and stole, approximately $5 million in government funds (Counts 1 and 2); CHERFILUS-MCCORMICK and CHERFILUS conspired to launder, and laundered, the stolen funds in a series of wire transfers in excess of $10,000, including transfers for the benefit of CHERFILUS-MCCORMICK's political campaign, SCM for Congress (Counts 3 through 11); CHERFILUS-MCCORMICK and LEBLANC conspired to make, and made, straw donor contributions to SCM for Congress (Counts 12 and 13); and CHERFILUS-MCCORMICK and SPENCER took steps to evade CHERFILUS-MCCORMICK's tax obligations (Counts 14 and 15).[1]

[1] The Indictment also alleges that SPENCER made a materially false and fraudulent statement to

All four defendants have pled not guilty. Trial is currently scheduled for February 8, 2027.

On November 6, 2026, the United States filed an Information against Mark Goodrich (GOODRICH). *United States v. Mark Goodrich*, 26-CR-20467-WILLIAMS (S.D. Fla. Nov. 6, 2026) (ECF No. 1) (the "Information"). GOODRICH was SCM for Congress's political adviser in 2021 and 2022. The Information charges GOODRICH with one count of conspiring to make excessive campaign contributions, make false statements, and obstruct justice, in violation of 18 U.S.C. § 371. The charge stems from GOODRICH's work with and for SCM for Congress in 2022. SCM for Congress is referenced in the Information as Political Committee 1. GOODRICH is a possible witness at the trial of CHERFILUS-MCCORMICK and her co-defendants.

**Transfer of the Higher-Numbered Action**

The Related and Similar Cases involve related and overlapping subject matter: the 2021 and 2022 activities of SCM for Congress. The disposition of the Related and Similar Cases "would appear to entail the unnecessary duplication of judicial labor if heard by [] different Judge[s][.]" Internal Operating Pro. of the U.S. District Court for the Southern District of Florida 2.15.00 (Rev. October 17, 2017), available at https://www.flsd.uscourts.gov/sites/flsd/files/17-10-17-InternalOperating-Procedures.pdf. To comply with the Court's Internal Operating Procedures, and to conserve judicial resources, the United States requests that *United States v. Goodrich* (26-CR-20467-WILLIAMS) "be transferred to the Judge assigned to the lower-numbered action[,]" in this instance, Hon. Darrin Gayles. *Id*. GOODRICH does not oppose the instant request.

---

the Internal Revenue Service concerning CHERFILUS-MCCORMICK's 2021 Form 1040 tax

## Conclusion

As set forth above, the United States hereby notifies the Court of the related and similar actions and, to comply with the Court's Internal Operating Procedures and preserve judicial resources, seeks to have *United States v. Mark Goodrich,* 26-CR-20467-WILLIAMS transferred to Hon. Darrin P. Gayles.

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF FLORIDA

*/s/ Alejandra L. López, Eli S. Rubin*
Alejandra L. López
Florida Bar #37132
Eli S. Rubin
Court ID No. A5503535
Assistant United States Attorneys
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9247
Email: Alejandra.Lopez@usdoj.gov
Eli.Rubin@usdoj.gov

A. TYSEN DUVA
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

*/s/ John P. Taddei*
John P. Taddei
Court ID No.: A5503168
Trial Attorney
1301 New York Avenue, N.W.
Washington, D.C. 20530
(202) 514-3885
Email: John.Taddei@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. The instant filing was filed on both 25-CR-20500-GAYLES and 26-CR-20467-WILLIAMS.

*/s/ Alejandra L. López*
Alejandra L. López

---

return, and that he forged documents produced to the grand jury (Counts 16 and 17).